1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143                *E-FILED 7/19/07*
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12 LIWEI QI,                              )
   and his wife LEI XU,                   ) No. C 07-1739 RS
13                                        )
              Plaintiffs,                 )
14                                        ) **STIPULATION TO EXTEND**
       v.                                 ) **DEFENDANTS' RESPONSE TO THE**
15                                        ) **COURT'S ORDER TO SHOW CAUSE**
   ALBERTO GONZALES, Attorney General     ) **and [PROPOSED] ORDER**
16 of the United States; MICHAEL CHERTOFF,)
   Secretary of the Department of Homeland)
17 Security; EMILIO GONZALEZ, Director of )
   United States Citizenship and Immigration)
18 Services; ROBERT MUELLER, Director     )
   of the Federal Bureau of Investigations,)
19                                        )
              Defendants.                 )
20 _____)

21     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in

22 this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all

23 further proceedings in the case, including trial, and order the entry of a final judgment.

24     Further, Plaintiff, by and through their attorney of record, and defendants, by and through their

25 attorneys of record, hereby stipulate, subject to the approval of the Court, to an extension of the

26 due dates of the parties' responses to the Court's March 30, 2007 Order to Show Cause for the

27 following reasons:

28     1. The plaintiff filed her mandamus action on March 27, 2007.

Consent and Stipulation to Extend Time
C07-1739 RS                           1

2. The plaintiff served the United States Attorney's Office on May 16, 2007.

3. This Court issued an scheduling order on March 30, 2007, directing the defendants to answer or file any jurisdictional motions by July 16, 2007.

4. In order to allow sufficient time for defendants to consider an alternative resolution to this case and/or respond to the Court's scheduling order, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day for the parties to comply with the Court's scheduling order:    July 25, 2007

Date: July 16, 2007                         Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney


                                            _____/s/_____
                                            ILA C. DEISS
                                            Assistant United States Attorney
                                            Attorneys for Defendants


Date: July 16, 2007                         _____/s/_____
                                            TRICIA WANG
                                            Attorneys for Plaintiffs


## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   July 19, 2007

                                            _____
                                            RICHARD SEEBORG
                                            United States Magistrate Judge

Consent and Stipulation to Extend Time
C07-1739 RS                                 2