SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

*E-FILED 7/23/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIWEI QI, and his wife LEI XU, <br><br> Plaintiffs, <br><br> v. <br><br> ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of United States Citizenship and Immigration Services; ROBERT MUELLER, Director of the Federal Bureau of Investigations, <br><br> Defendants. | No. C 07-1739 RS <br><br> **STIPULATION TO HOLD CASE IN ABEYANCE and [~~PROPOSED~~] ORDER** |

The plaintiffs, by and through their attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend date of the defendants' response to the court's order to show and hold the case in abeyance in light of the following:

1. On July 19, 2007, the Court granted the parties' request to extend the time for defendants' response to the court's order to show cause to July 25, 2007.

2. This is a mandamus action where Plaintiffs are seeking to compel the USCIS to adjudicate their adjustment of status application. Plaintiff's name check is pending with the Federal Bureau

of Investigations.

2. On July 16, 2007, USCIS requested an expedited name check for the plaintiffs.

3. The parties believe this matter will resolve itself without further litigation and hereby ask the Court to hold the case in abeyance for 60 days so as to allow the FBI to complete the namecheck and for USCIS to adjudicate the application for adjustment of status to that of legal permanent resident.

4. If this case is not dismissed by stipulation as moot, the defendants will file their response to the court's scheduling order by September 26, 2007.

Date: July ____, 2007                    Respectfully submitted,

                                         SCOTT N. SCHOOLS
                                         United States Attorney


                                         _____
                                         ILA C. DEISS
                                         Assistant United States Attorney
                                         Attorneys for Defendants


Date: July ____, 2007                    _____
                                         TRICIA WANG
                                         Attorneys for Plaintiffs


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  July 23, 2007                     _____
                                         RICHARD SEEBORG
                                         United States Magistrate Judge

Stipulation to Hold Case in Abeyance
C07-1739 RS                              2