1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143                *E-FILED 9/21/07*
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                           UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                                  SAN JOSE DIVISION
11
   LIWEI QI,                           )   No. C 07-1739 RS
12 and his wife LEI XU,                )
                                       )
13              Plaintiffs,            )   **STIPULATION TO DISMISS; AND**
                                       )   **[PROPOSED] ORDER**
14         v.                          )
                                       )
15 ALBERTO GONZALES, Attorney General  )
   of the United States; MICHAEL CHERTOFF, )
16 Secretary of the Department of Homeland )
   Security; EMILIO GONZALEZ, Director of )
17 United States Citizenship and Immigration )
   Services; ROBERT MUELLER, Director  )
18 of the Federal Bureau of Investigations, )
                                       )
19              Defendants.            )
                                       )
20
        Plaintiffs, by and though their attorney of record, and Defendants, by and through their
21
   attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the
22
   above-entitled action in light of the fact that the United States Citizenship and Immigration
23
   Services is approved Plaintiffs' applications for adjustment of status.
24
        Each of the parties shall bear their own costs and fees.
25
   ///
26
   ///
27
   ///
28

| | | |
|---|---|---|
| 1 | Date: September 20, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>ILA C. DEISS |
| 6 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 7 | | |
| 8 | | |
| 9 | Date: September 20, 2007 | _____/s/_____<br>TRICIA WANG<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/21/07

RICHARD SEEBORG
United States Magistrate Judge

Stipulation to Dismiss
C07-1739 RS                                2